DANIEL G. BOGDEN
United States Attorney
NADIA AHMED
Special Assistant United States Attorney
DISTRICT OF NEVADA
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada  89101
PHONE: (702) 388-6336 / Fax: (702) 388-6020

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-mj-00397-VCF |
| Plaintiff, | STIPULATION TO CONTINUE TRIAL (1st REQUEST) |
| vs. | |
| BRYAN ALI FERRALES-PORTILLO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Ahmed, Special Assistant United States Attorney, counsel for the United States of America, and Heidi A. Ojeda, Federal Public Defender, counsel for defendant **Bryan Ali Ferrales-Portillo** that the trial date currently set for Wednesday, July 22, 2015 at 9:00 a.m., be vacated and continued for thirty (30) days or to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1.  The parties are in the process of negotiating a resolution of the case that would obviate the need for trial.  The parties need additional time to do so.

1

2. Counsel for the government has a calendar conflict.

3. The Defendant is not in custody and agrees to the continuance.

4. Denial of this request for a trial continuance would prejudice both the Defendants and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this stipulation, is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and § 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(I) and (iv).

7. There have been no previous requests for a continuance of the trial in this case.

DATED this 16th day of July, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Heidi A. Ojeda*                                              */s/ Nadia Ahmed*
By:_____                    By:_____
Heidi A. Ojeda                                                   Nadia Ahmed
Federal Public Defender                                Special Assistant United States Attorney
Counsel for the Defendant
**BRYAN ALI FERRALES-PORTILLO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-mj-00397-VCF |
| Plaintiff, | ) ) ) | ORDER CONTINUING TRIAL |
| vs. | ) ) | |
| BYRAN ALI FERRALES-PORTILLO, | ) ) | |
| Defendant. | ) ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

IT IS HEREBY ORDERED that the deadline to continue the trial, currently scheduled for July 22, 2015, at the hour of 9:00 a.m., is continued to 9:00 a.m., November 4, 2015.

DATED this  20th  day of  July , 2015

_____
UNITED STATES MAGISTRATE JUDGE

3