RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Bryan Ali Ferrales-Portillo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-mj-397-VCF |
| Plaintiff, | **STIPULATION TO MODIFY COURT ORDERED REQUIREMENTS** |
| v. | (First Request) |
| BRYAN ALI FERRALES-PORTILLO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Janjua-Ahmed, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Bryan Ali Ferrales-Portillo, that the Court ordered requirement of attending a gun safety course be modified to attend an Extended Impulse Control Course.

This Stipulation is entered into for the following reasons:

1.  Following the imposition of sentence in this case, the office of the Federal Public Defender researched several gun safety courses and learned an age requirement of 21 years old is required to attend the courses. Mr. Ferrales-Portillo is 19 years of age, so he would be unable

to attend the courses. The FPDs office inquired further as to if the course would accept Mr. Ferrales-Portillo if he had parental consent or parental supervision, and they indicated they would not.

2. Based on this information, the parties request that the Court modify Mr. Ferrales-Portillo's judgement to remove the gun safety course and instead require Mr. Ferrales-Portillo to attend a Court approved Extended Impulse Control Course. The parties believe that the lessons learned through an impulse control course would advance the purposes of sentencing in this case.

This is the first request to modify the Court ordered requirements.

DATED this 8th day of October, 2015

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Nadia Janjua-Ahmed*<br>By_____<br>NADIA JANJUA-AHMED<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>BRYAN ALI FERRALES-PORTILLO,<br><br>                Defendant. | Case No. 2:15-mj-397-VCF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Following the imposition of sentence in this case, the office of the Federal Public Defender researched several gun safety courses and learned an age requirement of 21 years old is required to attend the courses. Mr. Ferrales-Portillo is 19 years of age, so he would be unable to attend the courses. The FPDs office inquired further as to if the course would accept Mr. Ferrales-Portillo if he had parental consent or parental supervision, and they indicated they would not.

2. Based on this information, the parties request that the Court modify Mr. Ferrales-Portillo's judgement to remove the gun safety course and instead require Mr. Ferrales-Portillo to attend a Court approved Extended Impulse Control Course. The parties believe that the lessons learned through an impulse control course would advance the purposes of sentencing in this case.

**ORDER**

IT IS THEREFORE ORDERED, that the Court ordered requirement of attending a gun safety course be modified to attend an Extended Impulse Control Course.

DATED this 8th day of October, 2015

_____
UNITED STATES MAGISTRATE JUDGE